# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|   |   |
|---|---|
| STERICYCLE, INC.,<br><br>      Plaintiff,<br><br>PATRIOT ENVIRONMENTAL SERVICES, INC.,<br><br>      Defendant. | Case No. 2:16-cv-1861-APG-NJK<br><br>ORDER |

Pending before the Court is Plaintiff's motion to compel. Docket No. 37. Defendant filed a response, and Plaintiff filed a reply. Docket Nos. 39, 40. It appears that the parties have not met and conferred since August 2016. *See* Docket Nos. 5, 37, 39, 40. Accordingly, the Court hereby **ORDERS** the parties to meet and confer. The parties shall file a status report detailing their efforts and providing the Court with any relevant updates, no later than December 13, 2016.

The Court further **ORDERS** the Clerk's Office to administratively re-open this case.

IT IS SO ORDERED.

DATED: December 6, 2016

                _____
                NANCY J. KOPPE
                United States Magistrate Judge